[No. 19841-0-I.  Division One.  August 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN CHRISTIAN REEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-8-03414-7, Jerome M. Johnson, J., entered

October 16, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Williams and Grosse, JJ.